580

470 A.2d 1020

Commonwealth v. Newsuan, Appellant.

Submitted October 21, 1983. Leon Wilbert Tucker, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.

470 A.2d 1020

Commonwealth v. Porter, Appellant.

Petition for Allowance of Appeal
Denied April 26, 1984.

Submitted September 9, 1983. Irene H. Cotton, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed in part and remanded for an evidentiary hearing on counsel's effectiveness.

Jurisdiction is not retained.